IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. OWENS,<br><br>                         Petitioner,<br><br>   v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>                        Respondent. | C 10-3833 LHK (PR)<br><br>[PROPOSED] ORDER |

    GOOD CAUSE APPEARING, the time for filing respondent's answer or motion to dismiss on procedural grounds in lieu of an answer to the petition for writ of habeas corpus is extended thirty (30) days to February 9, 2011.

Dated: 1/11/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

//