# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. OWENS, | ) | No. C 10-3833 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE A TRAVERSE |
| v. | ) ) | |
| ANTHONY HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 9) |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's motion for extension of time to file his traverse. Petitioner's motion for extension of time is GRANTED. Petitioner's traverse is due **on or before April 9, 2011**.

This order terminates docket no. 9.

IT IS SO ORDERED.

DATED:  3/21/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting  Extension of Time for Petitioner to File a Traverse
P:\PRO-SE\SJ.LHK\HC.10\Owens833eot-traverse.wpd