IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. OWENS,      )<br>                                           )<br>   Petitioner,              )<br>                                           )<br>   v.                            )<br>                                           )<br>ANTHONY HEDGPETH, Warden, )<br>                                           )<br>   Respondent.          )<br>_____)   | No. C 10-3833 LHK (PR)<br><br>ORDER GRANTING SECOND EXTENSION OF TIME FOR PETITIONER TO FILE A TRAVERSE<br><br><br><br>(Docket No. 13) |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the Court is Petitioner's second motion for extension of time to file his traverse. Petitioner's motion for extension of time is GRANTED.  Petitioner's traverse is due **on or before May 9, 2011**.

This order terminates docket no. 13.

IT IS SO ORDERED.

DATED:  4/11/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge