IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. OWENS, | ) | No. C 10-3833 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING THIRD APPLICATION FOR |
| v. | ) ) | EXTENSION OF TIME TO FILE A TRAVERSE |
| WARDEN A. HEDGPETH, | ) ) | |
| Respondent. | ) ) | (Docket No. 22) |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the Court is Petitioner's third application for extension of time to file his traverse.  Petitioner's application for extension of time is GRANTED.  Petitioner's traverse is due **on or before July 9, 2011**.  Because this is Petitioner's third extension, no further requests for an extension of time will be favored.

This order terminates docket no. 22.

IT IS SO ORDERED.

DATED:   6/13/11

LUCY H. KOH
United States District Judge